MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 E. Warm Springs Rd., Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE; Z'S, a defaulted Nevada Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:   2:14-cv-00658-GMN-NJK |

**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY**

Plaintiff LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA hereby substitutes LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. as attorneys of record in the above-entitled action, in

///

///

///

1

1 | place and stead of KERRY P. FAUGHNAN, ESQ.

2 | DATED this 29th day of July, 2016.

LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA

By: _____
EDDIE HADDAD, Manager of Resources Group, LLC, trustee of the LN Management Trust

KERRY P. FAUGHNAN, ESQ. hereby agrees and consents to the substitution of LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. as attorneys of record for plaintiff LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA in this matter.

DATED this 29th day of July, 2016.

_____
KERRY P. FAUGHNAN, ESQ.
P.O.. Box 335361
North Las Vegas, NV 89033

I hereby accept the above and foregoing substitution of attorney for plaintiff LN MANAGEMENT LLC SERIES 31 RUE MEDITERRA in this matter.

_____
MICHAEL F. BOHN, ESQ.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119

IT IS SO ORDERED.

_____
United States Magistrate Judge

August 1, 2016
DATED

2